# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VERNON ROSS and DEBRA JOSEY, individually and on behalf of a class of similarly situated African American employees,<br><br>Plaintiffs,<br>v.<br><br>LOCKHEED MARTIN CORP.,<br><br>Defendant. | NO. 1:16-cv-02508-KBJ<br>CLASS ACTION |

## JOINT STATUS REPORT

Plaintiffs Vernon Ross and Debra Josey ("Plaintiffs") and Defendant Lockheed Martin Corporation ("Defendant"), by their undersigned counsel, submit this Joint Status Report as directed by the Court's Minute Order of December 2, 2020. As described in the parties' Joint Motion to Stay Case Proceedings (Dkt. 68), the parties have been engaged in settlement discussions aimed at resolving this matter. The parties have reached an agreement in principle and are in the process of negotiating the final terms of the resolution and drafting the settlement agreements, which they anticipate finalizing in January 2021. The parties respectfully request that the matter remain stayed during this time.

By: /s/Cyrus Mehri
    Cyrus Mehri (DC No. 420970)
    cmehri@findjustice.com
    Michael Lieder (DC No. 444273)
    mlieder@findjustice.com
    MEHRI & SKALET, PLLC
    1250 Connecticut Avenue, NW, Suite 300
    Washington, DC 20036
    Tel:    (202) 822-5100
    Fax:    (202) 822-4997
    cmehri@findjustice.com

    Charles Firth (*pro hac vice*)
    charlief@e-ulaw.com
    ENGELMEIER & UMANAH
    121 South Eighth Street
    Suite 1300
    Minneapolis, MN 55402
    Tel:    (612) 455-7720
    Fax:    (612) 455-7740

*Attorneys for Plaintiffs Vernon Ross and Debra Josey*

Dated: December 23, 2020

By: /s/ Krissy A. Katzenstein
    Grace E. Speights (DC No. 392091)
    grace.speights@morganlewis.com
    Krissy A. Katzenstein (DC No. 1002429)
    krissy.katzenstein@morganlewis.com
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    Tel:    (202) 739-3000
    Fax:    (202) 739-3001

*Attorneys for Defendant Lockheed Martin Corporation*