UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON ROSS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 16-cv-2508 (KBJ) |
| LOCKHEED MARTIN CORP., | ) ) ) |
| Defendant. | ) ) |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

On December 23, 2020, the parties in this matter filed a joint report informing the Court that they have reached a settlement. (ECF No. 69.) Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice. If settlement is not consummated, either party may reopen the action until **February 8, 2021**, upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice.

Date: December 23, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge